# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA CERVANTES,<br><br>        Plaintiff,<br><br>    v.<br><br>HANFORD POLICE OFFICER JON CHAVEZ; UNKNOWN LAW ENFORCEMENT OFFICERS,<br><br>        Defendants. | Case No. 1:18-cv-00629-LJO-SKO<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(Doc. 2) |

    Plaintiff, Laura Cervantes, filed a complaint and an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 on May 7, 2018 (Docs. 1, 2). Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

    Accordingly, IT IS HEREBY ORDERED THAT:

    1.    Plaintiff's application to proceed in forma pauperis is GRANTED;

    2.    The Clerk of Court is DIRECTED to issue a summons; and

    3.    The United States Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant as directed by the plaintiff.

IT IS SO ORDERED.

Dated:  **May 10, 2018**                    /s/ *Sheila K. Oberto*

1

UNITED STATES MAGISTRATE JUDGE