# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA CERVANTES,<br><br>        Plaintiff,<br><br>v.<br><br>HANFORD POLICE OFFICER JOSHUA CHAVEZ, erroneously sued and served as HANFORD POLICE OFFICER JON CHAVEZ,<br><br>        Defendant. | Case No. 1:18-cv-00629-LJO-SKO<br><br>**ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE**<br><br>(Doc. 20) |

On February 19, 2019, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 20.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **February 20, 2019**           /s/ *Sheila K. Oberto*
                                                                             UNITED STATES MAGISTRATE JUDGE